IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HODGES JEROME JEFFERSON,

    Plaintiff,

v.                              CASE NO.  4:07cv553-RH/WCS

PUBLIX STORES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed.  As the report and recommendation correctly concludes, the complaint fails to state a claim under 42 U.S.C. § 1983, because the complaint does not allege state action; to the contrary, the complaint seems to make clear there was no state action.  Plaintiff has not asked for leave to amend to state a claim under Title VII or on another other basis.  Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The clerk shall enter judgment stating, "The complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted."  The clerk shall close the file.

    SO ORDERED this 21st day of February, 2008.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge